**Order entered December 15, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01233-CV

### IN THE MATTER OF A NAME CHANGE OF GALYAH EMURAH ISRAEL, Appellant

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-10355**

## ORDER

By letter dated November 20, 2014 the Court directed appellant to file, no later than December 1, 2014, written verification appellant had requested preparation of the reporter's record and had paid or made arrangements to pay the reporter's fee. Appellant was cautioned that failure to comply could result in submission of the appeal without the reporter's record. Because to date appellant has not complied, we **ORDER** the appeal submitted without the reporter's record. *See* Tex. R. App. P. 37.3(c). Appellant's brief shall be filed on or before January 12, 2015.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE